## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:08-cv-02217-REB-BNB**

Normand Surprenant, Plaintiff,

v.

Creditors Financial Group, LLC, Defendant.

## NOTICE OF SETTLEMENT

     Now comes Plaintiff, by and through counsel, hereby gives notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates filing a Notice of Dismissal with prejudice in the near future.

                                    RESPECTFULLY SUBMITTED,

                                    MACEY & ALEMAN, P.C.

                                    By: <u>*/s/ Richard J. Meier*</u>
                                    Richard J. Meier
                                    Sears Tower, Suite 5150
                                    Chicago, IL 60606
                                    Tel: 866.339.1156
                                    Fax: 312.822.1064
                                    rjm@legalhelpers.com
                                    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on December 16, 2008, a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following parties were served through U.S. Mail.

Creditors Financial Group, LLC
3131 South Vaughn Way
Suite 110
Aurora, CO 80014

              */s/ Richard J. Meier*