**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:08-cv-02217-REB-BNB**

Normand Surprenant, Plaintiff,

v.

Creditors Financial Group, LLC, Defendant.

**NOTICE OF DISMISSAL WITH PREJUDICE**

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(A)(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

    RESPECTFULLY SUBMITTED,

    MACEY & ALEMAN, P.C.

    By: */s/ Richard J. Meier*
    Richard J. Meier
    Sears Tower, Suite 5150
    Chicago, IL 60606
    Tel: 866.339.1156
    Fax: 312.822.1064
    rjm@legalhelpers.com
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 7, 2009, a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following parties were served through U.S. Mail.

Creditors Financial Group, LLC
3131 South Vaughn Way
Suite 110
Aurora, CO 80014

*/s/ Richard J. Meier*